**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
JESSE ZAMORA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>**JESSE ZAMORA**,<br>JESUS ALBERTO SALAZAR MARTINEZ<br><br>Defendant | Case No.: 1:17-CR-00186 DAM-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE BARBARA A. MCULIFFE AND JESSE ZAMORA, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, JESSE ZAMORA, by and through his attorney of record, DAVID A. TORRES hereby requesting that the status conference hearing currently set for Tuesday, October 10, 2017 be continued to Monday, December 11, 2017.

Mr. Torres is currently out of the country and will not return until mid-October. Once he returns, he is scheduled to commence trial in the matter of *People v. Gaffney*; MF012426A in the Kern County Superior Court. I have spoken to counsel for the co-defendant as well as to AUSA Jeffery Spivak, they have no objection to continuing the status conference hearing.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: 10/4/17  /s/ *David A Torres*
DAVID A. TORRES
Attorney for Defendant
JESSE ZAMORA

DATED: 10/4/17  /s/ *Dale A. Blickenstaff*
DALE A. BLICKENSTAFF
Attorney for Defendant
Jesus Alberto Salazar Martinez

DATED: 10/4/17  /s/ *Jeffery Spivak*
JEFFERY SPIVAK
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED** that the Status conference hearing be continued to December 11, 2017. Time shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

IT IS SO ORDERED.

Dated: __**October 5, 2017**__   /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

Stipulation and Proposed Order to Continue Status Conference

2