DAVID A. TORRES AND ASSOCIATES
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (6610326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
JESSE ZAMORA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.1:17-CR-00186-DAD-BAM |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |
| JESSE ZAMORA, | |
| Defendants. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A. DROZD AND JEFFERY SPIVAK, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, JESSE ZAMORA, by and through his attorney of record, DAVID A. TORRES hereby requesting that the sentencing hearing currently set for Monday, April 30, 2018 be continued to May 14, 2018. It is further requested that the Pre-sentencing investigation report be available to the court and all counsel on April 2, 2018; Informal objections due April 16, 2018 and objections due April 30, 2018.

1. Mr. Zamora's sentencing is currently scheduled for Monday, April 30, 2018, in order for the draft PSI to be completed timely, the USPO interview must have been conducted by Monday, February 26, 2018. On that day, I began an attempted murder preliminary hearing in state court and was unable to accompany Mr. Zamora for the interview. I prefer to be present for the interview.

2. I have met with Mr. Zamora and he agrees to exclude time for sentencing to May 14,

1

2018, to allow counsel and USPO Natali Flores to reschedule the probation interview for a time that I can be present. ASUA Spivak does not object to the extension of time for sentencing.

**IT IS SO STIPULATED.**

|  |  |
|---|---|
| DATED: February 27, 2018 | Respectfully Submitted,<br>*/s/ David A Torres*<br>DAVID A. TORRES<br>Attorney for Defendant<br>JESSE ZAMORA |
| DATED: February 27, 2018 | */s/Jeffery Spivak*<br>JEFFERY SPIVAK<br>Assistant U.S. Attorney |

## **ORDER**

IT IS HEREBY ORDERED that the sentencing date currently scheduled for April 30, 2018 is continued to May 14, 2018.

IT IS SO ORDERED.

Dated: **March 1, 2018**

_____
UNITED STATES DISTRICT JUDGE