**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Docket No: 0972 1:17CR00186-001 |
| ) | |
| Jesse Zamora ) | |
| ) | |

On May 29, 2018, the above-named was sentenced to Supervised Release for a period of 5 years. Supervision commenced on September 19, 2019. The supervised releasee has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

**SUMMARY OF COMPLIANCE:**

On September 19, 2019, the supervisee was released from the Bureau of Prisons and commenced supervision in the Central District of California (CDCA). The supervisee submitted a request to U.S. Probation & Pretrial Services Office in the Central District of California who has no objection to his request for early termination. According to the probation officer, the supervisee has remained in compliance with the Court ordered conditions throughout the duration of supervision and has satisfied all his special conditions. In addition, the supervisee has maintained a stable residence, gainful employment, has no history of violence, and has not incurred any recent law enforcement contacts, arrests, or convictions. Further, Mr. Zamora is considered a low risk for recidivism, based upon the Post-Conviction Risk Assessment (PCRA).

In consideration of the need to afford adequate deterrence to criminal conduct, protect the public from further crimes of the defendant as set forth in the sentencing factors in 18 U.S.C. 3553(a)(2), as required by 18 U.S.C. 3583(e), Mr. Zamora is found to be a good candidate for early termination of supervision. Therefore, in view of the above information, it is believed that the supervisee has derived maximum benefits from supervision and is not in need of continued supervision.

On February 28, 2023, Assistant U.S. Attorney Jeffrey Spivak was notified and did not object to supervision being terminated early.

**Re:   Jesse Zamora**
      **Docket Number:   0972 1:17CR00186-001**
      <u>**Report and Order Terminating Supervised Release**</u>
      <u>**Prior to Original Expiration Date**</u>

**RECOMMENDATION:**

It is respectfully recommended that Supervised Release in this case be terminated prior to the original expiration date.

|  |  |
|---|---|
| **Respectfully submitted,** | **Reviewed by,** |
| *[signature]* | *[signature]* |
| **Rick Tarazon** | **Marlene DeOrian** |
| **Sr. United States Probation Officer** | **Supervising United States Probation Officer** |

**Dated:**   March 1, 2023
           Fresno, California
           RT

# ORDER OF COURT

Pursuant to the above report, it is ordered that Jesse Zamora be discharged from Supervised Release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

   Dated:   <u>March 3, 2023</u>                          *[signature]*
                                                  UNITED STATES DISTRICT JUDGE